HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DELONTE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELONTE WILLIAMS,<br><br>Defendant. | Case No. 1:24-cr-00195-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; AND ORDER**<br><br>Date:  March 10, 2025<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Delonte Williams, that the Court may vacate the status conference currently scheduled for January 22, 2025, at 1:00 p.m. and set a change-of-plea hearing on March 10, 2025, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on January 22, 2025, at 1:00 p.m.

2. The parties have reached a resolution and Mr. Williams has signed the plea agreement.

3. The parties therefore request that the Court vacate the January 22, 2025 status conference and set a change-of-plea hearing on March 10, 2025, at 9:30 a.m.

1    4.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of January 22, 2025, to March 10, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from the court's consideration of the plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 9, 2025            */s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 9, 2025            */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DELONTE WILLIAMS

///
///
///
///
///
///
///

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for January 22, 2025, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **March 10, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 22, 2025, to March 10, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 13, 2025**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE